UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 15-017 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RAMON LOA-MEJIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:   Violation of Supervised Release

<u>Date of Detention Hearing</u>:   January 20, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant was arrested in this District pursuant to a Warrant for Arrest issued

DETENTION ORDER
PAGE -1

on October 17, 2013 in the Southern District of Texas. Defendant is alleged to have violated the conditions of supervised release in case Number M-10-CR-510-S1-02 arising out of that District. Defendant also has charged pending in Skagit County, Washington for Robbery First Degree, Assault First Degree; and a Deadly Weapon charge.

2. Defendant does not contest entry of an order of detention and has waived an identity hearing. An Order of Transfer has been signed by this Court.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending an evidentiary revocation hearing in the charging District and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 20th day of January, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3